1                  The Honorable Marsha J. Pechman

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Dawn Lundquist, as Personal Representative of the Estate of Kenneth Otto, and on behalf of his children B. O. and K. P. R.; Christopher Gee a married person,<br><br>              Plaintiffs,<br><br>v.<br><br>The Boeing Company, a Delaware Corporation; AmSafe, Inc., a Delaware Corporation,<br><br>              Defendants. | NO. 2:15-cv-01169<br><br>ORDER APPROVING PROPOSED SETTLEMENT AND ALLOCATION / DISBURSEMENT OF FUNDS FOR MINOR K. P. R.. |

THIS MATTER having come on before this Court for review of a settlement agreement and distribution of settlement proceeds on behalf of a minor beneficiary of the decedent's estate, this Court having before it the records and files of this cause, having reviewed the Motion for Order Approving Proposed Settlement and Allocation / Disbursement of Funds for Minor K. P. R., having also reviewed the Report of Settlement Guardian ad Litem, Jo-Hanna Read, having independently reviewed the settlement, and understanding the nature of this case both as to liability and damages claims and defenses, this Court FINDS:

(Proposed) ORDER APPROVING SETTLEMENT
AND ALLOCATION / DISBURSEMENT
OF FUNDS FOR MINOR, K. P. R. - 1

1. The Settlement Guardian ad Litem has, to the satisfaction of this Court, fully examined and evaluated the settlement agreement as it pertains to the minor, as set forth in the Report of Settlement Guardian ad Litem; and

2. The analysis of the Settlement Guardian ad Litem is that the settlement is warranted, is in the minor's best interests, and should be approved by this Court.

Upon the basis of the Report of Settlement Guardian ad Litem recommending approval of the settlement as being in the best interests of the minor, as well as upon this Court's independent analysis of the settlement, this Court FINDS that the settlement in favor of K. P. R., as set forth in the Motion for Order Approving Proposed Settlement and Allocation / Disbursement of Funds for Minor K. P. R., and the report of the Settlement Guardian ad Litem, is in the best interests of the minor, and the Court therefore APPROVES the settlement, and ORDERS that the disbursement of the settlement proceeds as set forth in the settlement guardian ad litem's report be allowed.

This Court further ORDERS that the Settlement Guardian ad Litem is allowed to file a supplemental report as to the disposition of K. P. R.'s funds once a trust has been established.

This Court further ORDERS that Stritmatter Kessler Whelan Koehler Moore Kahler is directed to disburse the settlement funds for payment of costs, attorney's fees, personal representative reimbursement, payment to the Washington Department of Labor & Industries, payment to creditors of the estate and payment to K. P. R., as set forth in the Report of the Settlement Guardian ad Litem.

//

(Proposed) ORDER APPROVING SETTLEMENT
AND ALLOCATION / DISBURSEMENT
OF FUNDS FOR MINOR, K. P. R. - 2

STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER

3600 15TH Ave. W., #300
Seattle, WA 98119
Tel: 206-448-1777

DATED: this 22nd day of June, 2016.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

_____
Karen K. Koehler, WSBA #15325
Paul L. Stritmatter, WSBA #4532
Ray W. Kahler, WSBA #26171
Andrew Ackley, WSBA #41752
Of Stritmatter Kessler Whelan Koehler Moore Kahler
Attorneys for Plaintiff

(Proposed) ORDER APPROVING SETTLEMENT
AND ALLOCATION / DISBURSEMENT
OF FUNDS FOR MINOR, K. P. R. - 3